**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RACHEAL P. ZAMORA, natural mother of TONYA FAYE CARRILLO, decedent, and personal representative of THE ESTATE OF TONYA FAYE CARRILLO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARICOPA COUNTY, a political subdivision of the State of Arizona; JOSEPH M. ARPAIO, in his individual capacity as Sheriff of Maricopa County; GALE STEINHAUSER, M.D., in her individual capacities and as Director of Medicine at Maricopa County Correctional Health Services; KEVIN HOFFERT, MD, TINO DEANDA, JOHN and JANE DOE DETENTION OFFICERS I-X; JOHN and JANE DOE HEALTH CARE PROVIDERS I-X; BLACK COMPANIES I-V,<br><br>　　　　　　Defendants. | No. CIV 04-2059-PHX-EHC<br><br>**ORDER APPOINTING GUARDIAN *AD LITEM*** |

The Court having read the Plaintiffs' sworn Petition to Appoint Guardian *Ad Litem*, and finding good cause,

**IT IS HEREBY ORDERED:**

Appointing JONATHAN SCHUBERT as guardian *ad litem* for the five minor children of the decedent Tonya Carrillo:

Tiffany Dominguez,

1   Jacob Duran,

2   Randy Carrillo,

3   Raul Reyes Jr., and

4   Arthur Carrillo;

to represent his wards' interests in the above-captioned action and to make any and all decisions respecting the wards' interests in this litigation, including but not limited to decisions regarding settlement and the expenditure of funds for costs.

**IT IS FURTHER ORDERED** that Mr. Schubert shall notify Judge Earl H. Carroll if at any time a conflict of interest should develop among his wards such that it would be appropriate to appoint separate guardians(s).

DATED this 20th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge

- 2 -